IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYMOND McNEIL,
    Plaintiff,

vs.                                              Case No.: 3:13cv495/MCR/EMT

SHERIFF DAVID MORGAN, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated November 27, 2013, Plaintiff was given fourteen (14) days in which to submit a complete motion to proceed in forma pauperis or pay the filing fee in the amount of $400.00 (*see* doc. 13). Plaintiff failed to pay the filing fee or file a motion to proceed in forma pauperis within that time; therefore, on December 20, 2013, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 14). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee, file a motion to proceed in forma pauperis, or otherwise respond to the show cause order

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

       At Pensacola, Florida, this 27th day of January 2014.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

  Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).